UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL F. CAPPETTE, M.D.,
on behalf of himself and other similarly
situated persons,

                        Plaintiff,

                                                                   <u>DECISION AND ORDER</u>

                                                                   12-CV-6306L

                       v.

SAGE, RUTTY AND COMPANY, INC.,
et al.,

                        Defendants.
_____

       Plaintiff, Michael F. Cappette, M.D., brought this action against Sage, Rutty and Company, Inc. ("Sage Rutty") and three individuals who are principals or employees of Sage Rutty. Plaintiff asserted claims under the federal Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 *et seq.*, and New York law, seeking damages based on defendants' alleged failure to advise him of the risks associated with a certain investment.

       Defendants moved to dismiss the complaint for failure to state a claim upon which relief can be granted. By letter to the Court dated January 8, 2013 (Dkt. #20), plaintiff's counsel states that plaintiff does not oppose defendants' motion. Accordingly, the motion to dismiss is granted, as set forth below.

**CONCLUSION**

       Defendants' motion to dismiss the complaint (Dkt. #12) is granted. The first and second causes of action of the amended complaint (Dkt. #11), asserting claims under the RICO statute, are dismissed with prejudice. Plaintiff's third and fourth causes of action, asserting claims under New

York law, are dismissed for lack of subject matter jurisdiction, without prejudice to their refiling in state court.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
January 14, 2013.