AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MICHAEL F. CAPPETTE, M.D., on behalf of himself and all other similarly situated persons <br> *Plaintiff* <br> v. <br> SAGE, RUTTY AND COMPANY, INC., WAYNE F. HOLLY, TERRI F. RUMANS and NEIL S. FROOD <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No.   12-CV-6306L |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   the complaint is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   David G. Larimer   on a motion for   dismissal.

Date:   Jan 15, 2013

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*